**Dated: August 11, 2023**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RONALD MORAIN, | ) | Case No. 23-11267-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| TEAGUE & WETSEL, PLLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. 23-01034-SAH |
| | ) | |
| RONALD MORAIN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DIRECTING COMPLAINT TO BE AMENDED TO COMPLY
### WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7008

Effective December 1, 2016, Federal Rule of Bankruptcy Procedure 7008 requires that in an adversary proceeding before a bankruptcy court, the complaint, counterclaim, cross-claim, or third-party complaint contain a statement that the pleader does or does not consent to entry of final orders or judgment by the bankruptcy court. The complaint filed by plaintiff on August 10,

2023 [Doc. 1] does not meet this requirement.  Plaintiff has five (5) business days from the date this order is entered to file an amended complaint that complies with Rule 7008, or the complaint will be stricken.

    IT IS SO ORDERED.

# # #