# Notice Recipients

District/Off: 1087–5         User: admin              Date Created: 8/11/2023
Case: 23–01034               Form ID: pdf006          Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| dft | Ronald George Morain |
| ust | Vickie Kaufman |
| ust | Lendy Heilaman |
| ust | Katherine Wieland |
| ust | trustee11 |
| ust | Michele Adams |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| pla | Teague & Wetsel, PLLC | 1741 W 33rd Street | Ste 120 | Edmond, OK 73013 |
| aty | Cody D Kerns | Teague & Wetsel, PLLC | 1741 W. 33rd St. 120 | Edmond, OK 73013 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | | Oklahoma City, OK 73152–3039 |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| ust | Charles Glidewell | United States Trustee | 215 Dean A. McGee Ave. 4th Fl. | Oklahoma City, OK 73102 |
| ust | Felicia S Turner | 215 Dean A. McGee Avenue | Oklahoma City, OK 73102 | |
| ust | Test UST | , OK | | |
| ust | John McClernon | , OK | | |
| ust | James C Harmon | DOJ–Ust | 224 S. Boulder, Ste. 225 | Tulsa, OK 74103 |
| ust | Tamara D Pardo | DOJ–Ust | P.O. Box 608 | Albuquerque, NM 87103 |

TOTAL: 10