United States Bankruptcy Court
Western District of Oklahoma

Teague & Wetsel, PLLC,
    Plaintiff

Adv. Proc. No. 23-01034-SAH

Morain,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1087-5    User: admin    Page 1 of 2
Date Rcvd: Aug 11, 2023    Form ID: pdf006    Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cody D Kerns, Teague & Wetsel, PLLC, 1741 W. 33rd St. 120, Edmond, OK 73013-3838 |
| ust | + | James C Harmon, DOJ-Ust, 224 S. Boulder, Ste. 225, Tulsa, OK 74103-3026 |
| ust | + | Tamara D Pardo, DOJ-Ust, P.O. Box 608, Albuquerque, NM 87103-0608 |
| pla | + | Teague & Wetsel, PLLC, 1741 W 33rd Street, Ste 120, Edmond, OK 73013-3838 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Aug 11 2023 21:02:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Aug 11 2023 21:02:00 | Charles Glidewell, United States Trustee, 215 Dean A. McGee Ave. 4th Fl., Oklahoma City, OK 73102-3479 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Aug 11 2023 21:02:00 | Felicia S Turner, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102-3440 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Aug 11 2023 21:02:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | John McClernon |
| ust | | Katherine Wieland |
| ust | | Lendy Heilaman |
| ust | | Michele Adams |
| ust | | Test UST |
| ust | | Vickie Kaufman |
| ust | | trustee11 |
| dft | | Ronald George Morain |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 1087-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: pdf006 | Total Noticed: 8 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cody D Kerns | on behalf of Plaintiff Teague & Wetsel PLLC ckerns@teaguewetsel.com |

TOTAL: 1

**Dated: August 11, 2023**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RONALD MORAIN, | ) | Case No.  23-11267-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| TEAGUE & WETSEL, PLLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro.  23-01034-SAH |
| | ) | |
| RONALD MORAIN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DIRECTING COMPLAINT TO BE AMENDED TO COMPLY
### WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7008

Effective December 1, 2016, Federal Rule of Bankruptcy Procedure 7008 requires that in an adversary proceeding before a bankruptcy court, the complaint, counterclaim, cross-claim, or third-party complaint contain a statement that the pleader does or does not consent to entry of final orders or judgment by the bankruptcy court.  The complaint filed by plaintiff on August 10,

2023 [Doc. 1] does not meet this requirement. Plaintiff has five (5) business days from the date this order is entered to file an amended complaint that complies with Rule 7008, or the complaint will be stricken.

    IT IS SO ORDERED.

# # #