IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re:  Ronald George Morain | ) | Case No. 23-11267 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | ADV. No. 23-01034-SAH |

**COVER SHEET FOR THE ATTACHED AFFIDAVIT OF SERVICE RE: SUMMONS IN AN ADVERSARY PROCEEDING, COMPLAINT & AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND OBJECTION TO DISCHARGE FOR PERSONAL SERVICE ON RONALD GEORGE MORAIN**

Respectfully submitted,

/s/ Cody D. Kerns
Cody D. Kerns, OBA# 34697
**TEAGUE & WETSEL, PLLC**
1741 West 33rd Street, Suite 120
Edmond, Oklahoma 73013
Email: ckerns@teaguewetsel.com
Telephone:   (405) 285-9200
Telecopier:   (405) 509-2346
Attorneys for Teague & Wetsel, PLLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>Ronald George Morain,<br><br>Debtor.<br><br>Teague & Wetsel, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>Ronald George Morain,<br><br>Defendant. | Case No. 23-11267<br>Chapter 7<br><br><br><br><br><br>ADV. No. 23-01034-SAH |

## AFFIDAVIT OF SERVICE

I, GARY C. GLOCKE, duly sworn and under oath, certify that I received a *Summons in an Adversary Proceeding, Complaint to Determine Dischargeability of Debt and Objection to Discharge, Amended Complaint to Determine Dischargeability of Debt and Objection to Discharge,* and an *Adversary Proceeding Cover Sheet* on August 16, 2023, and served the same according to law in the following manner:

Person served: Ronald George Morain

Method of service: Personal Service upon Ronald George Morain

Location of service: 4701 Tanglewood Ct., Norman, OK 73072

Date and time of service: Wednesday, August 16, 2023, at 6:43 p.m. CST

_____
Gary C. Glocke, Private Process Server
PSS-2023-16

Subscribed and sworn to before me on the ____ day of August, 2023.

_____
Notary Public

My commission number: 11010280
My commission expires: 11-11-2023